In the Matter of the Estate of CHARLES H. CAMPBELL, Deceased. JOHNSIE B. BURNHAM, as Administratrix de Bonis Non of the Estate of CHARLES H. CAMPBELL, Deceased, Appellant.

DUDLEY DUPIGNAC et al., Respondents.

Submitted February 23, 1943; decided March 4, 1943.

Motion to amend the remittitur or in the alternative for reargument denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 509.)

FRIEDA KAEHLER et al., Plaintiffs, *v.* NORTH GERMAN LLOYD, Appellant, and ATLANTIC BASIN IRON WORKS, INC., Defendant, Respondent.

Submitted February 23, 1943; decided March 4, 1943.

Motion for reargument or to amend the remittitur denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 407.)